**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00933-GPG

ERIC LAURSON,

    Applicant,

v.

RANDY LIND, and
CYNTHIA COFFMAN, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On May 20, 2015, Applicant filed a Motion to Amend Application, ECF No. 6. The Motion to Amend is improperly submitted and is denied, because "[a]n amended [application] 'supersedes the pleading it modifies and remains in effect throughout the action unless it subsequently is modified.' " *See Hooten v. Ikard Servi Gas*, No. 12-2179, 2013 WL 1846840 at *4 (10th Cir. May 3, 2013) (quoting *Giles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990)).

    If Plaintiff desires to amend the Application, he is directed to submit an Amended Application on a Court-approved form (all sections of the form are to be completed), which he can find at www.cod.uscourts.gov under "forms." If Applicant fails to file an Amended Application within thirty days of the date of this Minute Order the Court will proceed to determine the merits of only the original Application.

    Applicant also is reminded that payment of the filing fee, $5, is due by June 4, 2015. Applicant was denied leave to proceed pursuant to 28 U.S.C. § 1915.

Dated: May 21, 2015